U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 6 - 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NANCY ROUSE,

                        Plaintiff,

-against-

BROMLEY MOUNTAIN SKI RESORT, INC.
and NEW BROMLEY EQUITY, INC.,

                        Defendants.
-----------------------------------------------------------x

Civil Action No: 07-CV-1133 (LEK)(RFT)

**STIPULATION AND PROPOSED
ORDER REGARDING ADJOURNMENT
OF DEFENDANTS' MOTION TO
DISMISS OR TRANSFER VENUE**

       The parties to the above-captioned matter hereby stipulate to an adjournment of defendants motion to dismiss or transfer venue, from January 18, 2008 to February 15, 2008 and respectfully request that the Court enter the proposed Order.

PRESENTED BY:

*Attorney for the plaintiff:*

_____
Michael P. Cavanagh, Esq.
O'CONNER, O'CONNER, BRESEE
& FIRST, P.C.
20 Corporate Woods Boulevard
Albany, New York 12211
Telephone:  (518) 465-0400
Facsimile:  (518) 465-0015
E-mail: cavanagh@1stlaw.com

*Attorney for the defendants:*

_____
Mark F. Werle
RYAN SMITH & CARBINE, P.C.
134 Main Street
P.O. Box 75
Whitehall, New York 12887-0075
Telephone:  (518) 499-1272
Facsimile:  (518) 499-1273
E-mail: mfw@rsclaw.com

**IT IS SO ORDERED.**
DATED this 5 day of January, 2008

_____
HON. LAWRENCE E. KAHN
United States District Court Judge

4602-093/ #391594